IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON KITTLES, Inmate #40292-004,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | CIVIL NO. 06-480-JLF |
| **HARLEY G. LAPPIN, WARDEN** ) | |
| **BLEDSOE, MRS. MECHHESTINE, P.A.** ) | |
| **COSTILLIO, and P.A. WELCH,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

On September 11, 2006, Plaintiff moved this Court for voluntary dismissal of the action (Doc. 6). Voluntary withdrawal of his complaint is Plaintiff's right, *see* Fed. R. Civ. P. 41(a)(1)(i), and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
**DATED: September 19, 2006.**

                                                     s/ James L. Foreman
                                                   **DISTRICT JUDGE**