IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON KITTLES, Inmate #40292-004,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 06-480-JLF** |
| **HARLEY G. LAPPIN, WARDEN** ) | |
| **BLEDSOE, MRS. MECHHESTINE, P.A.** ) | |
| **COSTILLIO, and P.A. WELCH,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

On Plaintiff's motion, **IT IS ORDERED** that this action is voluntarily dismissed without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**September 19, 2006.**          **By:**    s/ James L. Foreman
*Date*                                              *District Judge*